UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SERGIO CASIANO-ZAPATA,<br><br>Petitioner,<br>v.<br><br>WARDEN, FEDERAL DETENTION CENTER SEATAC,<br><br>Respondent. | CASE NO. 2:26-cv-01646-DGE-<br><br>DWC<br><br>ORDER ADOPTING REPORT AND RECOMMENDATION (DKT. NO. 17) AND DISMISSING PETITION FOR WRIT OF HABEAS CORPUS (DKT. NO. 1) AS MOOT |

The Court, having reviewed the Report and Recommendation (Dkt. No. 17) of the Honorable David W. Christel, United States Magistrate Judge, and the remaining record, hereby ORDERS:

1. The Report and Recommendation (Dkt. No. 17) is approved and ADOPTED.
2. Petitioner's petition for writ of habeas corpus (Dkt. No. 1) and this action are DISMISSED as moot.
3. The Clerk is directed to send copies of this Order to Petitioner at his last known address, counsel for Respondent, and to Judge Christel.

Dated this 24th day of November 2026.

David G. Estudillo
United States District Judge